UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                             :

ESSA ALI, et al.,

                                    Plaintiffs,

          -against-

UNITED STATES OF AMERICA, et al.,

                                  Defendants.

------------------------------------------------------------ X

**SCHEDULING ORDER**

21-cv-798

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Show Cause Hearing currently scheduled for February 4, 2021, is cancelled in light of Defendants' agreement to stay Plaintiffs' disqualification from the Supplemental Nutrition Assistance Program.  *See* ECF No. 12.

       SO ORDERED.

Dated:      February 2, 2021                     _____/s/_____
               New York, New York           ALVIN K. HELLERSTEIN
                                                           United States District Judge